UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00489

**Michael Sampson,**
*Plaintiff,*
v.
**United States et al.,**
*Defendants.*

### ORDER

Plaintiff Michael Sampson, an inmate of the Upshur County Jail proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983 and paid the filing fee after being notified that he was barred from proceeding *in forma pauperis* due to his history of meritless litigation. *See* Doc. 5. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On June 1, 2023, the magistrate judge issued a report recommending that this case be dismissed with prejudice as frivolous and malicious and for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). Doc. 15. Plaintiff filed written objections. Doc. 18.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). The magistrate judge recommended dismissal because plaintiff's claims of stolen and suppressed inventions and harassment are to some extent clearly delusional and have been litigated in other cases for at least four years. Doc. 15 at 4–5. Plaintiff's objections do not reveal any error in the magistrate judge's assessment.

Having reviewed the magistrate judge's report de novo and being satisfied that it contains no error, the court overrules plaintiff's objections and accepts the report's findings and recommendation. This case is dismissed with prejudice as frivolous and malicious and for

failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

*So ordered by the court on August 10, 2023.*

J. CAMPBELL BARKER
United States District Judge